■ In the Matter of Thomas P. Powers, Respondent, against James R. Lawley et al., Constituting the Board of Elections of Erie County, Appellants. — Orders affirmed, without costs of these appeals to any party. All concur. (Appeal by Board of Elections from a final order of Erie Special Term directing the Board of Elections to place the name of petitioner on the ballot as a candidate of the Independent Citizens party for the office of Supervisor in the City of Buffalo; also appeal from order of Erie Special Term denying motion by Harry Vackel for an order vacating the final order and adding said Vackel as party respondent in the proceeding.) .Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ. (Order entered October 29, 1959.)

■ In the Matter of the Probate of the Will of Josephine C. Odham, Deceased. Josephine E. O. Warne, Appellant; Frances Delaney, as Executrix of Josephine C. Odham, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ McMahon Bros., Inc., Respondent, v. Sam Dell Highway Motors Corp., Appellant.— Motion granted and order dismissing appeal vacated, on condition that printed records and briefs are filed and served on or before December 1, 1959.

■ John J. Christie, Appellant, v. David P. Mitchell et al., Respondents.— Time for filing and serving printed records on appeal extended to and including October 26, 1959.

■ In the Matter of Robert L. Jones, Petitioner, against Joseph P. Kelly, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Stay granted on condition appeal is argued at November 1959 Term of court.

■ In the Matter of John Sorar, Appellant, against Leo J. Yehle, as Children's Court Judge of Onondaga County, Respondent.— Motion to reargue motion to appeal as a poor person denied.

■ The People of the State of New York, Respondent, v. David McDowell, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., five typewritten briefs, Abraham Ziegler, Esq., assigned as counsel to conduct appeal and time for argument of appeal enlarged to include January 1960 Term of court.

■ The People of the State of New York, Respondent, v. Clarence E. Merritte, Jr., Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. Frank J. Switzer, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent.— Motion granted to appeal on original papers, five typewritten copies of brief, and time for argument of appeal enlarged to include January 1960 Term of court.

■ The People of the State of New York, Respondent, v. Gino Trinci, Appellant.— Order of substitution of attorneys entered, Robert E. Walsh, Esq., of Buffalo assigned in place and stead of John J. Condon, Jr., Esq.

■ Daniel P. Scannell et al., Respondents, v. City of Dunkirk et al., Appellants.— Order of substitution of party entered.